*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

TA CHEN STAINLESS STEEL PIPE, LTD., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Alloy Piping Products, Inc., Flowline Division Markovitz Enterprises, Inc., Gerlin, Inc., and Taylor Forge Stainless, Inc., Defendants.

No. 2006–1462.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

HONTEX ENTERPRISES, INC. (doing business as Louisiana Packaging Company), Plaintiff–Appellee,

v.

UNITED STATES, Defendant–Appellant,

and

Crawfish Processors Alliance, the Louisiana Department of Agriculture and Forestry, and Bob ODOM, Commissioner, Defendants.

No. 2006–1447.

United States Court of Appeals, Federal Circuit.

Sept. 21, 2006.

*ORDER*

The United States moves without opposition to dismiss its appeal of the April 3, 2006 judgment of the United States Court of International Trade in *Hontex Enter., Inc. v. United States,* 425 F.Supp.2d 1315 (CIT 2006).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each shall bear its own costs.